UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAIME A. HURTADO,<br><br>    Defendant. | Case No.: 3:05-cr-00220-LRH-VPC -1<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered in the Eastern District of Arkansas as part of the Judgment in a Criminal Case on June 16, 2004. Initially, the victim on the restitution list, Sears, was to receive payments, but notification was received of an updated payee. Upon further review of this matter, the Court thus finds good cause exists to clarify the Judgment and modify the restitution order. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    **Name of Payee:**    TRANSFORM HOLDCO LLC
    **Restitution Amount:** $4,875.63

    **Name of Payee:**    TRANSFORM HOLDCO LLC
    **Restitution Amount:** $1,476.93

    **Amount of Restitution ordered:  $6,352.56\*\***

\*\**The total ordered restitution amount is $6,914.68 and does not include any payments receipted by the court.*

    DATED this __1st__ day of __December__, 2025.

                                                        ANDREW P. GORDON
                                                   CHIEF UNITED STATES DISTRICT JUDGE